IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

File No. 13 C 04514

| | |
|---|---|
| ASA FLANIGAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| v. ) | Notice of Appeal |
| ) | |
| ) | Judge John J. Tharp, Jr. |
| BOARD OF TRUSTEES OF THE ) | |
| UNIVERSITY OF ILLINOIS AT ) | |
| CHICAGO; DIMITRI T. AZAR, an ) | |
| individual; KAREN J. COLLEY, an ) | |
| individual; URETZ J. OLIPHANT, an ) | |
| individual; JEAN HOLLEY, an ) | |
| individual; MARCI J. FANTI, an ) | |
| individual; and DOES 1-X, inclusive, ) | |
| ) | |
| Defendants. ) | |

**NOTICE** is hereby given that ASA FLANIGAN, Plaintiff, in the above named Case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on the 31st day of March, 2015.

_____
George C. Pontikes
Attorney for Asa Flanigan

George C. Pontikes
GEORGE C. PONTIKES & ASSOCIATES, P.C.
33 N. LaSalle Street, Suite 3350
Chicago, Illinois 60602
(312) 220-0022
Attorney Code: 2230828