# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

June 29, 2015

*By the Court:*

| No. 15-1929 | ASA FLANIGAN,<br>Plaintiff - Appellant<br><br>v.<br><br>BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS AT CHICAGO, et al.,<br>Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:13-cv-04514<br>Northern District of Illinois, Eastern Division<br>District Judge John J. Tharp ||

Upon consideration of the **MOTION TO DISMISS APPEAL IN ACCORDANCE WITH RULE 42(B) OF THE FEDERAL RULES OF APPELLATE PROCEDURE**, filed on June 29, 2015, by counsel for Appellant Asa Flanigan,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

form name: **c7_FinalOrderWMandate**(form ID: **137**)

CERTIFIED COPY
A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit